THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINDE NORTH AMERICA, INC., a Delaware corporation, <br><br> Defendant. | NO. C18-00423-MJP <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Bryan O'Connor of Jackson Lewis P.C., attorneys for Defendant, Linde North America, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this ___ day of May, 2018.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorney for Plaintiff

JACKSON LEWIS P.C.

_____
Bryan O'Connor, WSBA #23867
Attorney for Defendant

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C18-00423-MJP
Page 1 of 2
Q:\01-01999\515\The Linde Group 200243 300092 etc 1-15-\Stip Dismissal.docx

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 30th day of May, 2018.

Marsha J. Pechman
United States District Judge

Submitted for Entry:

REID, McCARTHY, BALLEW
& LEAHY, L.L.P.

By _____
Russell J. Reid, WSBA #2560
Attorneys for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE — C18-00423-MJP
Page 2 of 2
G:\01-01999\515\The Linde Group 200243 300092 etc 1-15-\Stip Dismissal.docx

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925